I agree with the majority that Clark's conviction is due to be affirmed, but I cannot agree that this murder was not especially heinous, atrocious, or cruel. I am aware of the constitutional limits on the use of this aggravating circumstance, but I believe that Clark's actions were indeed heinous. It is undisputed that Clark's actions were indeed heinous. It is undisputed that Clark shot his victim six times — three times in the chest, three times in the head — with the final shot to his victim's brain clearly intended to be the coup de grace stilling him permanently. I would find that Clark's acts evince a disregard of human life and of the suffering of his victim great enough to constitute a particularly heinous, atrocious, Or cruel crime properly punishable by the death penalty.